STATE (CITY OF ST. LOUIS PARK) v.
RICHARD AUGUST PETERSON.

218 N. W. 2d 704.

May 17, 1974—No. 44450.

*Richard A. Peterson*, pro se, for appellant.

*Katz, Taube, Lange & Frommelt* and *Donald H. Nichols*, City Attorneys, for respondent.

PER CURIAM.

Defendant contends on this appeal from judgment of conviction of

driving while under the influence of an alcoholic beverage that his conviction should be reversed because of the trial court's refusal to let his father, Gordon C. Peterson, a disbarred attorney, represent him. Our decision in Daly v. State, Department of Highways, 296 Minn. 238, 207 N. W. 2d 541 (1973), where we rejected a similar claim, controls.

Affirmed.